Affidavit of Plaintiff, Michael Steinberg

I, Michael Steinberg, declare under the penalty of perjury the following:

1. I am a registered voter in the State of Florida and a member of the Democratic Party.
2. I was a long-time member of the Hillsborough County, Florida, Democratic Executive Committee, and past chair.
3. In 2004, I was a delegate to the Democratic National Convention
4. To the best of my recollection, I have voted in every election, since 1978, including presidential primary elections
5. I intend to vote in the Florida Democratic presidential primary election on March 19, 2024, and would like to have a choice as to which of the Democratic candidates for President to support.
6. I am personally aware that Congressman Dean Phillips' candidacy for President has been announced by national media sources and he is a nationally and internationally recognized candidate for President of the United States, since at least October 27, 2023.

_____
Michael Steinberg

Sworn to and subscribed before me this ___6th___ day of _December_, 2023

_____      Personally known to me
Notary Public
My Commission Expires

**DONNA T. CARTER**
Notary Public, State of Florida
My Comm. Expires Sep. 20, 2025
No. HH 136073