UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Michael A. Steinberg,

      Plaintiff,

                                  Case No. 4:23-cv-518-AW-MAF

Democratic Party of Florida and
Cord Byrd, Secretary of State of Florida,

      Defendants.

_____/

## MOTION FOR LEAVE TO FILE
## *AMICUS CURIAE* BRIEF

Amici curiae, Progressive Democratic Caucus of Florida, Peoples Progressive Caucus of Miami-Dade, et al., collectively, "Amici", respectfully moves this Court for leave to file an Amicus Brief, in support of Amici. Plaintiff is unopposed to the Motion.

All Amici are as follows:

Democratic Progressive Caucus of Broward, represented by its President Carolina Ampudia, and Jamie Friend, Vice President; People's Progressive Caucus of Miami Dade, represented by its President Angel Montalvo and Vice President,

Morgan Gianola; Duval Progressive Caucus, represented by its President, Kyle Mitchell, and Vice President, Lisa Rolfzen; Michael Bonacolta, individually, Terri Falbo, individually, and Nadia Ahmad, individually.

## MEMORANDUM OF LAW

District courts have inherent authority to allow amici to assist in a proceeding. See, e.g., *Bayshore Ford Trucks Sales, Inc. v. Ford Motor Co.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006); *Florida by and through McCollum v. U.S. Dep't of Health & Hum. Servs.*, No. 3:10-cv-91-RV/EMT, 2010 WL 11570635, at *1 (N.D. Fla. June 14, 2010); Order Granting Leave to File Amicus Brief, *Fla. Wildlife Fed'n, Inc. v. Jackson*, No. 4:08-cv-324-RH/WCS (N.D. Fla. Nov. 10, 2009), ECF No. 134 (Hinkle, J.); *United States v. Florida*, No. 4:12-cv-285-RH/CAS, 2012 WL 13034013, at *3 (N.D. Fla. Nov. 6, 2012) (Hinkle, J.).

Leave to file an amicus brief is generally granted upon a demonstration that "(1) the amicus has an interest that may be affected by the decision in this case; (2) the amicus brief is desirable and relevant to the case; and (3) the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *U.S. Health & Hum. Servs.*, 2010 WL 11570635, at *2 (emphasis in original); *Liberty Res., Inc. v. Phila. Hous. Auth.*,

395 F. Supp. 2d 206, 209 (E.D. Pa. 2005) (amicus participation appropriate where the amicus "will ensure complete and plenary presentation of difficult issues so that the court may reach a proper decision" or where a case involves an "issue of general public interest[.]").

These considerations are satisfied here. Collectively, amici represent hundreds of Florida voters and taxpayers that have devoted countless years to Democratic Party activities such as educating taxpayers on their election and voter's rights.

Amici offer diverse perspectives of numerous Florida organizations, residents, taxpayers and voters. A perspective that is currently absent and critical to ensure the "complete and plenary presentation of difficult issues," especially the broader potential impact of any ruling by this Court. *Liberty Res.*, 395 F. Supp. 2d at 209.

"In a participatory democracy, the sacred right of individuals to choose their elected representatives serves as the lifeline for the working class to voice their concerns. The Democratic Party, as the torchbearer of democracy, must stand as an unwavering advocate, ensuring clarity and transparency in championing the people's right to have their voices heard. Our commitment transcends party lines, as we remind both the members and leaders of the Democratic Party that they have

allies dedicated to safeguarding the democratic principles they uphold. We pledge to hold those in power accountable, recognizing that true democracy demands the courage to question even our own, reinforcing the importance of clarity and accountability in the pursuit of a government that works for the people." Democratic Progressive Caucus of Florida President, Carolina Ampudia.

All eligible Democratic candidates deserve a fair chance on the primary ballot. This aligns with our commitment to justice and serves the best interests of Florida taxpayers and voters. It is imperative that federal courts exercise caution in situations where state parties restrict presidential candidates from participating in primaries.

## **CONCLUSION**

Amici respectfully request that this Court permit them to appear as amici curiae and allow them to file an amicus brief by January 26, 2024.

Dated: December 26, 2023.

Respectfully submitted,

*/s/William J Sanchez*

William J. Sanchez, Esq.
William J. Sanchez, P.A
3590 SW 134 Ave
Suite 209
Miami, Fl 33186
Tel.: 305-232-8889
Fax: 305-503-5458
William@wsanchezlaw.com
Info@wsanchezlaw.com

LOCAL RULE 7.1 CERTIFICATE

I hereby certify that I have conferred with counsel for Plaintiff Michael Steinberg and attempted to confer with Defendant Democratic Party of Florida in a good faith effort to resolve the issues raised in this motion. Plaintiff Steinberg is not opposed and Defendant Democratic Party of Florida has not responded.

I further certify that the foregoing motion contains 711 words, excluding the items listed in Local Rule 7.1(F).

By: */s/William J. Sanchez*
William J. Sanchez

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of December 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Florida through the CM/ECF system, which will serve a true and correct copy on all counsel of record who have consented to electronic service.

By: /s/William J. Sanchez
William J. Sanchez